**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>ARCELI P. DIAZ; JOSE GODOFREDO P. DIAZ and DOES 1-10, inclusive,<br><br>    Defendants. | No. 8:21-cv-00666-JLS-(JDEx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

**ORDER**

The Court has reviewed and considered the Stipulation for Dismissal of Action with Prejudice filed by Plaintiff Bryan Williams and Defendant Arceli P. Diaz, DDS, and orders as follows:

1. Plaintiff's entire complaint as to all parties and all causes of action is hereby dismissed with prejudice; and

2. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  September 16, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE